**Order entered January 3, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00296-CR

### SOLOMON EDWARD MITCHELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F17-76145-I**

## ORDER

Before the Court is the State's December 31, 2019 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/    CORY L. CARLYLE
            JUSTICE